# DESMARAIS LLP

www.desmaraisllp.com

| | | |
|---|---|---|
| 230 Park Avenue | Sean T. Doyle | P: 212-351-3400 |
| New York, NY 10169 | Direct: 212-351-3421 | F: 212-351-3401 |
| | sdoyle@desmaraisllp.com | |

August 20, 2015

**Via ECF**

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

        Re:    *Luciano F. Paone v. Broadcom Corporation, et al.*,
                Case Nos. 2:15-cv-596; 2:15-cv-608; 2:15-cv-610;
                2:15-cv-639; 2:15-cv-647; E.D.N.Y.

Dear Judge Brown:

    We represent Luciano F. Paone in the above-captioned actions. Pursuant to the Court's Order dated May 18, 2015, the Plaintiff was instructed to file a status letter regarding settlement conferences and the joint discovery schedule. The parties propose scheduling settlement conferences with Your Honor in early November at the Court's convenience. The parties propose submitting a joint discovery schedule on September 30, 2015, after each Defendant has had an opportunity to answer.[1]

                                              Very truly yours,

                                              /s/ Sean T. Doyle
                                              Sean T. Doyle (SD 7678)
                                              sdoyle@desmaraisllp.com
                                              DESMARAIS LLP
                                              230 Park Avenue
                                              New York, NY 10169
                                              Telephone: 212-351-3400
                                              Facsimile: 212-351-3401

---

[1] Several Defendants have not yet answered due to outstanding motions, all of which were denied on August 19, 2015.