AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Luciano F. Paone ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:15-cv-610-BMC-GRB |
| MediaTek USA, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luciano F. Paone

Date: 12/2/2015

*Attorney's signature*

William D. Findlay--9015
*Printed name and bar number*

Desmarais LLP
230 Park Ave
New York, NY 10169
*Address*

wfindlay@desmaraisllp.com
*E-mail address*

(212) 351-3400
*Telephone number*

(212) 351-3401
*FAX number*