# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO F. PAONE, <br><br>                      Plaintiff, <br><br>      v. <br><br>MEDIATEK USA, INC., <br><br>                      Defendant. | Case No. 15-cv-610 <br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Luciano F. Paone ("Paone") and Defendant MediaTek USA, Inc. ("MediaTek") do hereby stipulate that:

1. All claims by Paone against MediaTek and all counterclaims by MediaTek against Paone in the above-entitled action shall be dismissed with prejudice; and

2. Each party will bear its own costs and attorneys' fees with respect to the above-entitled action.

Respectfully submitted,

1

Dated: March 2, 2016

| | |
|---|---|
| By: /s/ Andrew G. Heinz | By: /s/ Keith L. Slenkovich |
| Jon T. Hohenthaner (JH 5708)<br>Andrew G. Heinz (AH 2704)<br>Sean T. Doyle (SD 7678)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, New York 10169<br>Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401 | Keith L. Slenkovich (CBN 129793)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304<br>keith.slenkovich@wilmerhale.com<br>Tel.  (650) 858-6000<br>Fax  (650) 858-6100 |
| *Attorneys for Plaintiff Luciano F. Paone* | Christopher R. Noyes (4963831)<br>Martin E. Gilmore (4591525)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>christopher.noyes@wilmerhale.com<br>martin.gilmore@wilmerhale.com<br><br>*Attorneys for Defendant MediaTek USA, Inc.* |

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____, 2016      _____
                                      The Honorable Brian M. Cogan
                                      United States District Judge