# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO F. PAONE,<br><br>                  Plaintiff,<br><br>     v.<br><br>MEDIATEK USA, INC.,<br><br>                  Defendant. | Case No. 15-cv-610<br><br>**STIPULATION OF DISMISSAL** |

       Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Luciano F. Paone ("Paone") and Defendant MediaTek USA, Inc. ("MediaTek") do hereby stipulate that:

       1.       All claims by Paone against MediaTek and all counterclaims by MediaTek against Paone in the above-entitled action shall be dismissed with prejudice; and

       2.       Each party will bear its own costs and attorneys' fees with respect to the above-entitled action.

                                                                  Respectfully submitted,

Dated: March 2, 2016

By: /s/ Andrew G. Heinz

Jon T. Hohenthaner (JH 5708)
Andrew G. Heinz (AH 2704)
Sean T. Doyle (SD 7678)
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

*Attorneys for Plaintiff Luciano F. Paone*

By: /s/ Keith L. Slenkovich

Keith L. Slenkovich (CBN 129793)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
keith.slenkovich@wilmerhale.com
Tel.  (650) 858-6000
Fax  (650) 858-6100

Christopher R. Noyes (4963831)
Martin E. Gilmore (4591525)
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
christopher.noyes@wilmerhale.com
martin.gilmore@wilmerhale.com

*Attorneys for Defendant MediaTek USA, Inc.*

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: __March 2__, 2016        _____
The Honorable Brian M. Cogan
United States District Judge